

EOD MAR 13 1992

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

MAR 13 1992

| | |
|---|---|
| Gibraltar Chemical Resources, Inc., <br><br>    Plaintiff, <br><br>Brent Kay, et al., <br><br>    Intervenor-Plaintiffs, <br><br>v. <br><br>United States Environmental Protection Agency, et al., <br><br>    Defendants, <br><br>Gibraltar Chemical Resources, Inc., <br><br>    Intervenor-Defendant. | Case No. 6:90-CV-582 |

## ORDER DISMISSING COMPLAINT AS MOOT

Upon motion of plaintiff, Gibraltar Chemical Resources, and for good cause shown, this Court hereby dismisses the complaint filed by Gibraltar in this matter on April 5, 1991, as moot. Each party will bear its own costs. This Order does not affect the complaint filed by Intervenors, Kay, et al., and the parties will continue to brief that case in accordance with this Court's January 29, 1992 Order.

Signed March 13, 1992.

United States District Judge

A TRUE COPY I CERTIFY
MURRAY L. HARRIS, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BY

Civil Order Book
Vol. 157 Page 98

29