IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | |
|---|---|
| BRENT KAY, et al., | § |
| Intervenor-Plaintiffs, | § |
| v. | § 6:90 CV 582 |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., | § |
| Defendants, | § |
| GIBRALTER CHEMICAL RESOURCES, INC., | § |
| Intervenor-Defendants. | § |

O R D E R

In accordance with the memorandum opinion issued concurrently with this order, it is

ORDERED that plaintiffs' motion for summary judgment shall be, and it is hereby, DENIED. Further, it is

ORDERED that defendants' motions for summary judgment shall be, and they are hereby, GRANTED. Further, it is

ORDERED, ADJUDGED, AND DECREED that plaintiffs' complaint shall be, and it is hereby, DISMISSED **with prejudice**. Finally, it is

ORDERED, that each party shall bear its own costs.

SIGNED this 3rd day of August, 1993.

William Wayne Justice
United States District Judge